**PENNSYLVANIA STATE POLICE, Petitioner,**

v.

**PENNSYLVANIA STATE TROOPERS' ASSOCIATION (Trooper Rodney Smith), Respondent.**

Supreme Court of Pennsylvania.

March 31, 1998.

*ORDER*

v.

**PENNSYLVANIA STATE TROOPERS' ASSOCIATION (Trooper Robert K. Johnson), Respondent.**

Supreme Court of Pennsylvania.

March 31, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of March, 1998, the Petition for Allowance of Appeal is GRANTED. The Motion to Consolidate this Petition for Allowance of Appeal with *Pennsylvania State Police v. Pennsylvania State Troopers' Association (Trooper Rodney Smith),* No. 645 M.D. Alloc. Dkt. 1997, ——

Pa. ——, 708 A.2d 805 (1998) is also GRANTED.